**United States District Court**

For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
GREGORIO PASCUAL MARTINEZ
ZALDIVAR,
10                                                  No. C 06-07683 JSW
                    Petitioner,
11
        v.
12                                                  **ORDER DENYING MOTION FOR
MICHAEL CHERTOFF, et al.,                           STAY PENDING APPEAL**
13
                    Respondents.
14  _____/
15
16          On December 14, 2006, Petitioner Gregorio Pascual Martinez Zaldivar ("Petitioner")
17  filed a petition for writ of habeas corpus, or in the alternative, order to show cause, and motion
18  for emergency stay of execution and application for a temporary restraining order.  Petitioner
19  seeks an order staying his detention and removal to Mexico pursuant to the order of removal
20  issued by the Board of Immigration Appeals.  On December 15, this Court issued an order
21  dismissing the petition for lack of jurisdiction.  Later that same day, Petitioner filed a notice of
22  appeal, appealing this Court's dismissal to the Ninth Circuit.
23          On December 17, 2006, Petitioner filed a motion for an emergency stay of execution and
24  application for temporary stay pending ruling of appeal.  For the same reasons stated in the order
25  dismissing this petition, this Court lacks jurisdiction to enter a stay.  In addition, the Petitioner's
26  filing of a notice of appeal divested this Court of any jurisdiction.  *See McClatchy Newspapers*
27  *v. Central Valley Typographical Union No. 46, Intern. Typographical Union 686*, F.2d 731, 734
28

(9th Cir. 1982) ("The filing of a notice of appeal generally divests the district court of jurisdiction over the matters appealed.")

**IT IS SO ORDERED.**

Dated: December 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

2